

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-01049-CR

**EX PARTE** Josue Daniel **ZELAYA ANTUNEZ**

From the County Court, Maverick County, Texas
Trial Court No. 31452
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 30, 2025.

_H. Todd McCray_
H. Todd McCray, Justice